Kent W. Plott (USB No. 5336)
Mark S. Middlemas (USB No. 9252)
Lundberg & Associates
3269 South Main Street, Suite 100
Salt Lake City, UT 84115
(801) 263-3400
(801) 263-6513 (fax)
LundbergECFmail@lundbergfirm.com

Attorneys for U.S. Bank, N.A.
L&A Case No. 10-95027

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| | |
|---|---|
| In re: | Bankruptcy No. 09-29372 RKM |
| Brian P. McLane and Stephanie T. McLane, | (a Chapter 13 case) |
| Debtors. | Filed Electronically |
| | *Hearing July 7, 2010 @ 10:00 a.m.* |

## ORDER TERMINATING THE AUTOMATIC STAY

U.S. Bank, N.A. ("Creditor") filed a Motion for Termination of the Automatic Stay. There

being no objection to the motion, and good cause appearing therefore, it is hereby ORDERED,

adjudged and decreed that the automatic stay in this case is terminated as to the real property of the

debtors located at 8443 Crystal Creek Drive, West Jordan, in Salt Lake County, Utah, more

particularly described as:

> All of Lot No. 411, contained within BLOOMFIELD FARMS
> SUBDIVISION PHASE 4, a Utah Planned Residential
> Development, as the same is identified in the Plat Map recorded in
> Salt Lake County. Utah as Entry No. 9092410 in,Book 2004P at
> Page 159 of the official records of the County Recorder of Salt Lake
> County, Utah (as said Record of Survey Map may have heretofore
> been amended or supplemented) and in the Declaration of
> Covenants, Conditions, and Restrictions of BLOOMFIELD
> FARMS, a Utah Planned Residential Development recorded in Salt
> Lake County, Utah as Entry No. 8489119 in Book' 8718 at Page
> 9011 of the official records of the County Recorder of Salt Lake
> County, Utah (as said Declaration may have heretofor been
> supplemented), together with an undivided percentage of ownership
> interest in the Association.
>
> Together with all the improvements now or hereafter erected on the
> property, and all easements, appurtenances, and fixtures now or
> hereafter a part of the property.

It is further ORDERED that Creditor, and/or its successors and assigns, is permitted to

proceed, pursuant to applicable non-bankruptcy law, to exercise all of its legal remedies and rights,

including any right of assessment of reasonable fees and costs as provided by contract or statute,

against the above-described property; and,

It is further ORDERED that Creditor and/or its successors and assigns may, at its option,

offer, provide and enter into a potential forbearance agreement, loan modification, refinance

agreement or other loan workout/loss mitigation agreement. Any such agreement shall be non-

recourse unless included in a reaffirmation agreement. Creditor may contact the Debtors' via

telephone or written correspondence to offer such an agreement. This order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other Chapter of Title 11 of the United States code

It is further ORDERED that, upon termination of the automatic stay, the Chapter 13 Trustee shall make no further distribution to Creditor on its secured claim, and Creditor shall file, within 180 days for it to be allowed, an amended proof of claim showing the amount, if any, that should be paid through debtors' plan as an unsecured claim, for any deficiency balance, and shall serve a copy on the Chapter 13 Trustee.

———————————————— End of Document ————————————————

<u>CERTIFICATE OF NOTIFICATION OF CLERK OF THE COURT</u>

I certify that on _____ I sent a copy of the foregoing Order electronically or by first class mail to each of the following:

>Mark Middlemas
>Lundberg & Associates
>ECF
>>Attorneys for Creditor

>Julie R. Walker
>ECF
>>Attorney for Debtors

>Kevin Anderson
>ECF
>>Chapter 13 Trustee

Brian P. McLane
Stephanie T. McLane
8443 Crystal Creek Drive
West Jordan, UT 84081
     Debtors

_____

United States Bankruptcy Clerk